UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **18-3329**

Case Title: **PRETERM-CLEVELAND, ET AL.** vs. **LANCE HIMES, ET AL.**

List all clients you represent in this appeal:

**Amici Curiae Biomedical Ethicists**

☐ Appellant ☐ Petitioner ☑ Amicus Curiae ☐ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Brandon D. Harper**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Chris A. Hollinger**   Signature: s/ **Chris A. Hollinger**

Firm Name: **O'Melveny & Myers LLP**

Business Address: **Two Embarcadero Center, 28th Floor**

City/State/Zip: **San Francisco, CA 94111**

Telephone Number (Area Code): **415-984-8700**

Email Address: **chollinger@omm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.